ANN AUGUSTA HAYWARD, complainant-appellant,

*v.*

PASSAIC NATIONAL BANK AND TRUST COMPANY, defendant-respondent.

[Argued February 7th, 1938.   Decided May 11th, 1938.]

*Messrs. Minturn & Weinberger (Mr. Harry H. Weinberger and Mr. Hyman Halpern,* of counsel), for the appellant.

*Messrs. Feder & Rinzler (Mr. Joseph A. Feder and Mr. Jack Rinzler,* of counsel), for the respondent.

PER CURIAM.

We deem it sufficient to say that, while not adopting the opinion, we are in accord with the conclusion of the learned vice-chancellor; and the decree is accordingly affirmed.

*For affirmance*—PARKER, CASE, BODINE, DONGES, HEHER, PERSKIE, HETFIELD, DEAR, WELLS, WOLFSKEIL, RAFFERTY, WALKER, JJ.   12.

*For reversal*—None.